## COMMISSIONER OF INTERNAL REVENUE v. Robert E. McGRATH.
### No. 7193.

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for petitioner.

Mason, Spalding & McAtee, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause, be and the same is hereby, affirmed under authority of the aforesaid cases.

## DALLAS JOINT STOCK LAND BANK OF DALLAS, Appellant, v. Israel Henry SPIKES, Bankrupt, Appellee.
### No. 8185.

Circuit Court of Appeals, Fifth Circuit.
May 18, 1937.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.

## EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. Ora E. BOOTHE.
### No. 10614.

Circuit Court of Appeals, Eighth Circuit.
Jan. 27, 1937.

Donald Evans, of Des Moines, Iowa, and Folsom Everest, of Council Bluffs, Iowa, for appellant.

Charles W. Lyon and Homer M. Lyon, both of Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of statutory attorney's docket fee in this court; on motion of appellant, because case has been fully compromised and settled.